```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| JOSÉ ALFONSO SERRANO MUÑOZ, M.D.,<br><br>    Plaintiff,<br><br>    v.<br><br>SOCIEDAD ESPAÑOLA DE AUXILIO MUTUO Y BENEFICIENCIA DE PUERTO RICO, et al.,<br><br>    Defendants. | Civil No. 05-1463 (JAF) |

**O R D E R**

On August 16, 2005, this court entered an Opinion and Order denying a motion to dismiss filed by Defendants, Sociedad Española de Auxilio Mutuo y Beneficiencia de Puerto Rico, Inc.; Hospital Español de Auxilio Mutuo de Puerto Rico, Inc.; Urbano Rico Molinero; Valentín Valderrábano; Alfredo Heres; Enrique Fierres; José Isado; and Angel Cocero Sánchez. Docket Document No. 29.

The Opinion and Order did not explicitly note that the court was granting the motion to join the dismissal filed by Defendants, Ramón Delgado Ruibal; Moises Suárez; Miguel Echenique; Emilio Torres Antuñano; and Iván Colón, although each individual Defendant was named in the court's Opinion. Docket Document Nos. 18; 29. For the

Civil No. 05-1463 (JAF)                                                    -2-

purposes of clarification, we note that the July 13, 2005, motion to join was **GRANTED**, and for the reasons stated in our Opinion and Order of August 16, 2005, the motion to dismiss has been denied. <u>Id.</u>

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 21st day of March, 2006.

                                        S/José Antonio Fusté
                                        JOSE ANTONIO FUSTE
                                        Chief U. S. District Judge